AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 25-4301

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Sanders Collection Inc.
was received by me on *(date)* 6/9/25.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Consuelo Aguilera, who is designated by law to accept service of process on behalf of *(name of organization)* Dept. of State
on *(date)* 6/10/25 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ ___ for travel and $ ___ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 6/23/25

*Server's signature*

Angela Roy Process Server
*Printed name and title*

23 Grandview Dr.
Latham NY 12110
*Server's address*

Additional information regarding attempted service, etc: